IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**JULIUS MEYERS**                                                                                           **PLAINTIFF**

vs.                                                  **4:08-CV-00428-WRW**

**FORD MOTOR COMPANY**                                                                **DEFENDANT**

## ORDER

Pending is Defendant's unopposed Motion to Stay All Proceedings in this Court Pending JPML Transfer Determination (Doc. No. 8).

According to the motion, this case is set to be transferred to the *In re Ford Motor Company Speed Control Deactivation Swtich Products Liability Litigation* multidistrict proceeding (MDL 1718) pending in the United States District Court for the Eastern District of Michigan.

Accordingly, the unopposed Motion to Stay (Doc. No. 8) is GRANTED.  The stay is in effect only until the MDL panel issues its resolution.  Accordingly, all proceedings in this Court are stayed until the Judicial Panel on Multidistrict Litigation makes its final determination as to whether this case is to be transferred to the ongoing MDL proceeding.

IT IS SO ORDERED this 22nd day of August, 2008.


/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE